**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANWAR AHMED and ANA BUESTAN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CITY OF NEW YORK, and individually and in their official capacity as New York City Department of Health and Mental Hygiene Inspectors JOSEPH PERSAUD and UKO UTIN and JOHN DOES 1-5,

Defendants.

Case Number: 17 CV 3044 (SHS)

**CLASS ACTION**

**PLAINTIFFS SANWAR AHMED AND ANA BUESTAN'S NOTICE OF MOTION TO STRIKE RULE 68 OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiffs Sanwar Ahmed and Ana Buestan, by counsel, for the reasons more fully set forth in the accompanying Memorandum of Law, hereby move this Court for an Order striking the Rule 68 Offer of Judgment served upon them in this case and declaring the Rule 68 Offer of Judgment to have no effect.

Dated: New York, New York
September 1, 2017

Respectfully submitted,

By: /s/ *Daniel L. Day*

Daniel L. Day
Justin S. Weddle
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4978
Fax: (212) 937-2882
dday@brownrudnick.com
jweddle@brownrudnick.com

Matthew Shapiro
Sean Basinski
Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (212) 602-5679
Fax: (212) 533-4598
mshapiro@urbanjustice.org
sbaskinski@urbanjustice.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, the foregoing Notice of Motion to Strike Rule 68 Offer of Judgment was filed with the Clerk of the Court using the CM/ECF system and served upon all counsel of record through the CM/ECF system.

Dated: New York, New York
September 1, 2017

*/s/ Daniel L. Day*

Daniel L. Day
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4978
Facsimile: (212) 938-2882
dday@brownrudnick.com

*Counsel for Plaintiffs*