UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANWAR AHMED, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | Case Number: 17 CV 3044 (SHS)(BCM) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23(e) and upon the annexed (a) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Class Notice; (b) Declaration of Daniel L. Day and accompanying Exhibits; and (c) Declaration of Matthew Shapiro, the undersigned will move this Court before the Honorable Sidney Stein at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for: (i) preliminary approval of the proposed Class Action Settlement; (ii) conditional certification of the settlement class; (iii) appointment of plaintiffs' counsel as class counsel; and (iv) approval of plaintiffs' proposed class notice.

Dated: March 25, 2019
New York, New York

Respectfully submitted,

/s/ *Daniel L. Day*

By: Daniel L. Day
Justin S. Weddle
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4978
Fax: (212) 937-2882
dday@brownrudnick.com
jweddle@brownrudnick.com

Matthew Shapiro
Sean Basinski
Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 602-5681
Fax: (212) 533-4598
mshapiro@urbanjustice.org
sbaskinski@urbanjustice.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, the foregoing Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Class Notice was filed with the Clerk of the U.S. District Court for the Southern District of New York by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Civil Procedure 5(a).

Dated:     March 25, 2019
             New York, New York

/s/ *Daniel L. Day*
Daniel L. Day
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4978
Fax: (212) 937-2882
dday@brownrudnick.com