USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANWAR AHMED, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

---

17-Cv-3044 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A hearing having been held today pursuant to Fed. R. Civ. P. 23(e)(2), with counsel for all parties attending, IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the Court finds the proposed class action settlement to be fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e)(2), and
2. The parties are directed to submit a joint proposed Order Approving Settlement and Final Judgment pursuant to ¶ 74 of the Stipulation of Settlement on or before August 23, 2019.

Dated: New York, New York
         August 13, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.