UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SANWAR AHMED, Individually and On Behalf : 17-Cv-3044 (SHS)
On All Others Similarly Situated,
                                         :
              Plaintiffs,
                                         :    ORDER
       -v-
                                         :
THE CITY OF NEW YORK,
                                         :
              Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that there will be a telephone conference on Monday, August 8, 2022, at 3:30 p.m. to discuss the pending motion to permit the final distribution of settlement funds. Specifically, the Court will be seeking additional information about plaintiff's proposed cy pres designees. The parties shall call 888-273-3658 and use access code 7004275 to join the conference.

Dated: New York, New York
       August 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.