UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANWAR AHMED, Individually and On Behalf of All Others Similarly Situated,

                Plaintiffs,

v.

CITY OF NEW YORK,

                Defendant.

17-CV-3044 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that plaintiff is to submit further information on its proposed *cy pres* designees by August 23, 2022. Defendant is directed to file its response, if any, by September 6, 2022.

Dated:  New York, New York
           August 8, 2022

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.