UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| SANWAR AHMED, Individually and On Behalf On All Others Similarly Situated, | : | 17-Cv-3044 (SHS) |
| | : | |
| Plaintiffs, | | |
| | : | ORDER |
| -v- | | |
| | : | |
| THE CITY OF NEW YORK, | | |
| | : | |
| Defendant. | | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference in this matter concerning plaintiffs' application for attorneys' fees on Thursday, September 17, 2026, at 11:30 a.. in Courtroom 23A.

Dated: New York, New York
September 11, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.