THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**AMY J. WEINBLATT**
**Senior Counsel**
Tel: (212) 356-2179
e-mail: aweinbla@law.nyc.gov

September 14, 2026

**VIA E-FILING**
Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: Ahmed v. City, Docket No. 17 CV 3044 (SHS)

Dear Judge Stein,

Counsel for the parties are in receipt of the Court's order directing that counsel appear at a conference on Thursday September 17, 2026, at 11:30am to address the pending motion for attorneys' fees. I write with the consent of class counsel to request that this conference be adjourned to a later date as undersigned counsel has a conflict based on previously-scheduled commitments on September 17th.

We propose that the conference be held on either Thursday September 24th or on such other date as is convenient to the Court and counsel for the parties.

Respectfully,

/s/Amy J. Weinblatt
Senior Counsel

cc: All counsel via ECF

**The conference is adjourned until September 24, 2026, at 11:30 a.m.**

**Dated: New York, New York**
**September 14, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**